# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2013

Robert P. Young, Jr.,
Chief Justice

145774

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

ERIE INSURANCE EXCHANGE,
   Plaintiff/Counter-
   Defendant-Appellant,

v

             SC: 145774
             COA: 302889
             Hillsdale CC: 10-000084-CK

LAKE CITY INDUSTRIAL PRODUCTS,
INC., and JEFFREY MEEDER,
   Defendants-Appellees,

and

AMERICAN COPPER & BRASS, INC.,
   Defendant/Counter-
   Plaintiff-Appellee.

_____/

   On order of the Court, the application for leave to appeal the May 17, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2013
                    _____
                       Clerk

h0130